

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 14, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2020

**BY ECF**
Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States* v. *Lazett Fisher*, No. 20 Cr. 372 (KMW)

Dear Judge Wood:

**MEMO ENDORSED**

The Court has scheduled an initial conference in the above-captioned case for September 16, 2020. The Government therefore respectfully requests that the Court exclude time under the Speedy Trial Act until that date. *See* 18 U.S.C. § 3161(h)(7). The ends of justice served by a continuance until that date outweigh the best interest of the public and the defendant in a speedy trial because the continuance will permit the parties time to continue discussing a resolution of the case without the need for trial. Defense counsel consents to this request.

Granted
Kmw

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Cecilia E. Vogel
Andrew A. Rohrbach
Assistant United States Attorneys
(212) 637-1084 / 2345

cc: Defense counsel (by ECF)

8/17/2020
SO ORDERED, N.Y., N.Y.

_____
KIMBA M. WOOD
U.S.D.J.