

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/4/20
```

September 3, 2020

**BY ECF**
Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Lazett Fisher*, No. 20 Cr. 372 (KMW)

Dear Judge Wood:

The parties respectfully request a 60-day adjournment of the initial conference in this case, currently scheduled for September 16, 2020. The parties are discussing a resolution of the case without the need for trial, and the adjournment will enable the parties to continue those discussions.

For the same reason, Government also respectfully requests that the Court exclude time under the Speedy Trial Act until that date. *See* 18 U.S.C. § 3161(h)(7). The Government has consulted with defense counsel, who consents to this request.

*The conference is adjourned to November 18, 2020, at 2:00 p.m.*

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____/s/_____
Cecilia E. Vogel
Andrew A. Rohrbach
Assistant United States Attorneys
(212) 637-1084 / 2345

cc: Defense counsel (by ECF)

SO ORDERED: N.Y., N.Y.  9/4/20

_____
KIMBA M. WOOD
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA                :

    -v-                                                            :           ORDER

LAZETT FISHER,                                       :           20 CR 372 (KMW)

                      Defendant.        :

------------------------------------------------------------X

KIMBA M. WOOD, District Judge:

    The parties are directed to appear on November 18, 2020, at 2:00 p.m.

    Counsel for the defendant has requested an adjournment of the next pre-trial conference scheduled for September 16, 2020, because the parties are in discussion about a possible disposition short of trial.

    The Court excludes the time from today until November 18, 2020, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss a disposition of this case short of trial.

Dated: New York, New York
       September 4, 2020

                                                                         */s/ Kimba M. Wood*
                                                                       KIMBA M. WOOD
                                                          UNITED STATES DISTRICT JUDGE