# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/20

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

November 6, 2020

By ECF

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Lazzet Fisher*
      20 Cr. 372 (KMW)

Dear Judge Wood:

Defense counsel and the government respectfully request an adjournment of the status conference now scheduled for November 18, 2020. The parties respectfully seek an adjournment of approximately 60 days from that date, at a date and time convenient to the Court.

The government and counsel are in discussions regarding discovery production and possible disposition. We consent to the exclusion of Speedy Trial time.

Thank you for your attention to this matter.

*The conference is adjourned to January 11, 2021, at 12:00 p.m.*

Very truly yours,

William J. Stampur
William J. Stampur

cc:   AUSA Andrew Rohrbach
      AUSA Cecilia Vogel

SO ORDERED: N.Y., N.Y.  11/9/20

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.