```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 1/6/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

LAZETT FISHER,

                    Defendant.
------------------------------------------------------------x

**ORDER**
20 CR 372 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a teleconference in the above-captioned case on Monday, January 11, 2021, at 12:00 p.m. To join the teleconference, the parties should dial 888-363-4749, and enter access code 1613818.

    SO ORDERED.

Dated: New York, New York
          January 6, 2021

                                            /s/ Kimba M. Wood
                                           KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE