UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against-

LAZETT FISHER,

                         Defendant.
-----------------------------------------------------------------x

**ORDER**
20 CR 372 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/21

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference on Wednesday, April 28, 2021, at 11:00 a.m. Members of the press and public who wish to join the proceeding may dial 917-933-2166 and enter Conference ID 449268630. All members of the press and public who join the proceeding must do so with their telephones on mute.

SO ORDERED.

Dated: New York, New York
April 20, 2021

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE