```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :    **ORDER**
        - v. -                      :
                                    :    20 Cr. 372 (KMW)
LAZETT FISHER,                      :
    a/k/a "Lazette Fisher,"         :
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - - x

    WHEREAS, defendant LAZETT FISHER requests to enter a guilty plea;

    WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

    WHEREAS the Court has referred the plea to the Magistrate Judge;

    WHEREAS the Court understands that the Magistrate Judge on duty shall hear the defendant's plea by videoconferencing or teleconferencing;

    WHEREAS the CARES Act and findings made by the Judicial Conference of the United States and the Chief Judge of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

THE COURT HEREBY FINDS, that because delaying the plea will not be in the interest of efficiency or in the interest of the defendant who wishes to enter a plea agreement with the Government, the plea cannot be further delayed without serious harm to the interests of justice.

SO ORDERED.

Dated: New York, New York
       June 14, 2021

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK