STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/21

July 20, 2021

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Lazett Fisher*, 20 Cr. 372 (KMW)

Dear Judge Wood:

My client, Lazett Fisher, requests a variance of her pretrial travel restrictions, which are presently limited to the Southern District of New York, the Eastern District of New York and the Eastern District of Pennsylvania.

Ms. Fisher respectfully requests to travel to Kissimmee, Florida on Tuesday, August 3, 2021, and will be returning on August 8, 2021. She will be traveling with her child by plane and will be residing at 7506 Marker Avenue, Kissimmee, FL 34747.   **Granted**

AUSA Cecilia Vogel and U.S. Pretrial Officers Myrna Carrington and Brittney Brooks have no objection to this request.

Very truly yours,

*William J. Stampur*
William J. Stampur

cc:   AUSA Cecilia Vogel (By ECF)
      USPTO Myrna Carrington (By Email)
      USPTO Brittney Brooks (By Email)

SO ORDERED:  N.Y., N.Y.  7/20/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

WS/Fisher/Travel Rqst 1