# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

212-619-4240
FAX (212) 619-6743

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/21
```

August 12, 2021

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *United States v. Lazett Fisher*, 20 Cr. 372 (KMW)

Dear Judge Wood:

**MEMO ENDORSED**

  My client, Lazett Fisher, requests a variance of her pretrial travel restrictions, which are presently limited to the Southern District of New York, the Eastern District of New York and the Eastern District of Pennsylvania.

  Ms. Fisher respectfully requests to travel to Miami, Florida on Wednesday, August 25, 2021, and will be returning on August 31, 2021. She will be traveling with her child and friend by plane and will be staying at The Loft Hotel, 952 Collins Avenue, Miami Beach, FL 33139.  **Granted**

  AUSA Cecilia Vogel and U.S. Pretrial Officers Myrna Carrington and Brittney Brooks have no objection to this request.

Very truly yours,

William J. Stampur

cc: AUSA Cecilia Vogel (By ECF)
  USPTO Myrna Carrington (By Email)
  USPTO Brittney Brooks (By Email)

8/18/21
SO ORDERED, N.Y., N.Y.

Kimba M. Wood
**KIMBA M. WOOD**
U.S.D.J.

WS/Fisher/Travel Rqst 2