# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

September 16, 2021

**By ECF**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/21
```

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  *United States v. Lazett Fisher*, 20 Cr. 372 (KMW)

Dear Judge Wood:

We are the attorneys of record for defendant Lazett Fisher in the above-referenced case. We write to respectfully request an adjournment of Ms. Fisher's sentencing date, now scheduled for October 4, 2021, until the first week of November 2021 at a date convenient to the Court. Counsel respectfully requests the sentence be scheduled in the afternoon hours to allow Ms. Fisher enough time to travel from Philadelphia, Pennsylvania.

This request is made to obtain documents in preparation for Ms. Fisher's sentence.

AUSA Cecilia Vogel has no objection to this request.

*Sentencing is adjourned to November 3, 2021, at 11:00 a.m. Defendant's submission is due by October 20. Government submission is due by October 27.*

Very truly yours,

William J. Stampur

cc: AUSA Cecilia Vogel (By ECF)

SO ORDERED:  N.Y., N.Y. 9/20/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

WS/Fisher/Adj Rqst