# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/21

**MEMO ENDORSED**

October 15, 2021

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Lazett Fisher*, 20 Cr. 372 (KMW)

Dear Judge Wood:

I am the attorney of record for Lazett Fisher in the above-referenced case. I write to respectfully request an adjournment of Ms. Fisher's sentence date, now scheduled for November 3, 2021, until the week of December 6, 2021 at a date and time convenient to the Court. Counsel additionally requests the sentence date be scheduled in the afternoon hours to allow Ms. Fisher enough time to travel from her residence in Philadelphia, Pennsylvania.

This request is made so that counsel can continue to gather pertinent documents in preparation for Ms. Fisher's sentence.

AUSA Cecilia Vogel has no objection to this request.

*Sentencing is adjourned to December 8, 2021, at 2:00 p.m. Defendant's submission is due by November 24. Government submission is due by December 1.*

Very truly yours,

William J. Stampur

cc:   AUSA Cecilia Vogel (By ECF)

SO ORDERED:   N.Y., N.Y.   10/18/21

KIMBA M. WOOD
U.S.D.J.

WS/Fisher/Adj Rqst 3