

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against-

LAZETTE FISHER,

                         Defendant.
------------------------------------------------------------x

**ORDER**
20 CR 372 (KMW)

KIMBA M. WOOD, District Judge:

      The Court erred in not telling Ms. Fisher the conditions of her supervision. The Court intends to impose the standard and mandatory conditions of supervision, along with the special conditions set forth in her Pretrial Services Report.

      The parties shall notify the Court by December 22, 2021, as to whether they prefer for Ms. Fisher to come back to Court, to hear the Court impose these conditions, or whether they waive an in-person proceeding and agree to the Court issuing the Judgment and imposing those conditions.

      SO ORDERED.

Dated: New York, New York
       December 20, 2021

                                                  /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                               UNITED STATES DISTRICT JUDGE