# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
(FAX) 619-6743

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/21
```

December 20, 2021

**By ECF**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

>   **Re:**   *United States v. Lazett Fisher*, 20 Cr. 372 (KMW)

Dear Judge Wood:

I write on behalf of my client, Lazett Fisher, to respectfully request that her passport, currently held by Pretrial Services, be returned to Ms. Fisher.

*Granted*

Ms. Fisher's criminal matter has been resolved and she is currently serving a five-year term of Probation with six months' of home confinement. The government has no objection to this request. Ms. Fisher's home address is 1313 Kimberly Drive, Philadelphia, PA 19151.

Wherefore, I respectfully request Your Honor endorse this letter and order Ms. Fisher's passport to be returned to her.

Your Honor's attention to this matter is appreciated.

Very truly yours,

*William J. Stampur*

William J. Stampur

cc:   AUSA Cecilia Vogel (By ECF)

Encl.

*Kimba M. Wood   12/21/21*

SO ORDERED

WS/Fisher/Ltr to Ct/Return of Passport